## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RICARDO WALKER,

          Plaintiff,

          -against-

ROMME HOSPITALITY LLC,

          Defendant.

Case No.: 1:19-cv-5495

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, RICARDO WALKER, are hereby dismissed without prejudice, in their entirety, as against Defendant, ROMME HOSPITALITY LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 20, 2019
      New York, New York

                              C.K. Lee, Esq.
                              Lee Litigation Group, PLLC
                              73 West Monroe Street
                              Chicago, IL 60603
                              Phone: (212) 465-1188

SO ORDERED:

_____
U.S.D.J.